UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARIE BRASSFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendants. | Case No.: 1:14-cv-01684 - --- - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE DATED DECEMBER 9, 2014 |

On December 9, 2014, the Court ordered Plaintiff to show cause why the action should not be dismissed for her failure to prosecute and obey the Court's order, or in alternative to file an amended complaint. (Doc. 4.) On December 23, 2014, Plaintiff filed a First Amended Complaint in compliance with the Court's order. (Doc. 5.) Accordingly, the Order to Show Cause dated December 9, 2014 is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **December 29, 2014**         **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1